UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Rick Savage individually and on behalf of Two Brothers, LLC d/b/a Sunday River Brewing Company,<br><br>Mike Mercer, of Cumberland County, State of Maine,<br><br>James Fahey, of Cumberland County, State of Maine,<br><br>Lindsey Crosby, of Cumberland County, State of Maine,<br><br>Individually and on Behalf of All Other Identified Class Members,<br><br>　　　　　　Plaintiffs<br>v.<br><br>Janet T. Mills, Governor State of Maine<br><br>　　　　　　Defendant | CIVIL ACTION NO. 1:20-cv-00165 |

**MOTION TO AMEND COMPLAINT**

NOW COME the Plaintiffs, Rick Savage individually and on behalf of Two Brothers, LLC d/b/a Sunday River Brewing Company, Mike Mercer, James Fahey, and Lindsey Crosby (collectively, "the Named Plaintiffs"), by and through their counsel, and hereby move this Honorable Court pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file a Second Amended Complaint. In support of this motion, the Named Plaintiffs state as follows;

1. Counsel for the Named Plaintiffs have been fielding and receiving phone calls from an overwhelming amount of potential class members and impacted individuals.

2. The Named Plaintiffs wish to amend its complaint to narrow the proposed class to *identified* individuals and businesses who have been impacted by the Governor's Executive Orders.

3. The Named Plaintiffs further request leave to Amend to add an additional count relating to notice and comment rulemaking.

4. The undersigned contacted Counsel for the Defendant on May 26, 2020, who indicated he had no objection to this Motion.

WHEREFORE, in accordance with judicial economy and to help focus and streamline the issues going forward, the Named Plaintiffs respectfully request this Honorable Court grant leave to file a Second Amended Complaint.

DATED: May 28, 2020                /s/Stephen C. Smith
                                   Stephen C. Smith, Esq.  Bar No. 8720
                                   John E. Baldacci, Jr., Esq., Bar No. 5773
                                   Attorney for Plaintiffs
                                   LIPMAN & KATZ
                                   PO Box 1051
                                   Augusta, ME 04332-1051
                                   207-622-3711
                                   ssmith@lipmankatz.com
                                   jbaldacci@lipmankatz.com

CERTIFICATE OF SERVICE

I, Stephen C. Smith, hereby certify that the foregoing Motion to Amend Complaint and Second Amended Complaint has been electronically sent to the following on this 28th day of May, 2020.

> Christopher C. Taub, Esquire
> Christopher.C.Taub@maine.gov

DATED: May 28, 2020                     /s/Stephen C. Smith
                                        Stephen C. Smith   Bar No. 8720
                                        Attorney for Defendant
                                        LIPMAN & KATZ

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Rick Savage individually and on behalf of Two Brothers, LLC d/b/a Sunday River Brewing Company,<br><br>Mike Mercer, of Cumberland County, State of Maine,<br><br>James Fahey, of Cumberland County, State of Maine,<br><br>Lindsey Crosby, of Cumberland County, State of Maine,<br><br>Individually and on Behalf of All Other Identified Class Members,<br><br>　　　　　　　　Plaintiffs<br>v.<br><br>Janet T. Mills, Governor State of Maine<br><br>　　　　　　　　Defendant | CIVIL ACTION NO. 1:20-cv-00165 |

**ORDER ON MOTION TO AMEND COMPLAINT**

Upon Plaintiffs' Motion to Amend Complaint and in accordance with judicial economy and to help focus and streamline the issues going forward, the same is hereby GRANTED.

DATED:_____     _____
                                                                                             Judge