UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Rick Savage individually and on behalf of Two Brothers, LLC d/b/a Sunday River Brewing Company, <br><br> Mike Mercer, of Cumberland County, State of Maine, <br><br> James Fahey, of Cumberland County, State of Maine, <br><br> Lindsey Crosby, of Cumberland County, State of Maine, <br><br> Individually and on Behalf of All Other Identified Class Members, <br><br>                 Plaintiffs <br> v. <br><br> Janet T. Mills, Governor State of Maine <br><br>                 Defendant | CIVIL ACTION NO. 1:20-cv-00165 |

NOTICE OF APPEAL

Notice is hereby given that James Fahey, Lindsey Crosby, and Michael Mercer, Plaintiffs in the above named case, on behalf of themselves and other class members similarly situated, hereby appeal to the United States Court of Appeals for the First Circuit from the final Judgment and Order on the Defendant's Motion to Dismiss, both entered in this action on the 7th day of August, 2020.

DATED: August 20, 2020 /s/Stephen C. Smith
Stephen C. Smith   Bar No. 8720
Attorney for Plaintiffs
LIPMAN & KATZ
PO Box 1051
Augusta, ME 04332-1051
207-622-3711
ssmith@lipmankatz.com

CERTIFICATE OF SERVICE

I, Stephen C. Smith, hereby certify that the foregoing Notice of Appeal time has been electronically sent to Assistant Attorney General Kimberly Patwardhan and Christopher Taub for the Governor, Janet T. Mills, on this 20th day of August, 2020.

/s/Stephen C. Smith
Stephen C. Smith   Bar No. 8720
Attorney for Plaintiffs
LIPMAN & KATZ