# United States Court of Appeals
## For the First Circuit

No. 20-1822

LINDSEY CROSBY, individually and on behalf of all other identified class members; JAMES FAHEY, individually and on behalf of all other identified class members; MIKE MERCER, individually and on behalf of all other identified class members

Plaintiffs - Appellants

JO BOSHOLD; ARTHUR LANGLEY; KARL WARD; RICK SAVAGE, individually and on behalf of all other identified class members, on behalf of TWO BROTHERS LLC d/b/a SUNDAY RIVER BREWING COMPANY; DR. JOHN HERZOG; LEE ANN DELCOURT; RAYMOND BOSHOLD; DAVID JONES

Plaintiffs

v.

JANET T. MILLS, Governor, State of Maine

Defendant - Appellee

**JUDGMENT**

Entered: November 18, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Stephen C. Smith
Christopher C. Taub
Kimberly Leehaug Patwardhan